# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMILE PENN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LT. RIGMEY, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00669-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Jamile Penn, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 15th day of October, 2024.

By: *[signature]*
Jamile Penn (NDOC #1170713)
Plaintiff, Pro Se

DATED: 10-15-24

DATED this 15th day of October, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

*[signature]*
Anne R. Traum
United States District Judge

DATED: November 20, 2024